IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:97-CR-63-3H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| | ) **TERMINATING SUPERVISION** |
| PATRICK LEWIS RUDD, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion for early termination of his supervised release. The court has carefully considered the motion and the conduct of defendant while on supervised release. Being satisfied that termination is warranted by the conduct of the defendant and the interest of justice, the court hereby grants the motion and terminates said term of supervised release and discharges the defendant from supervision.

This 20th day of February 2014.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26